

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brian Clay Earle and Linda Gale Hurley, Appellants

No. 06-19-00092-CV      v.

William E. Moore and Mary R. Moore, Appellees

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 2018-419). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants, Brian Clay Earle and Linda Gale Hurley, pay all costs of this appeal.

RENDERED DECEMBER 17, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk